# United States Bankruptcy Court
### Northern District of Georgia

In re   Eric Bernard Martin and Nikkia Lesli Martin _____    Case No.   **18-55557**_____

Debtor(s)    Chapter   **7**_____

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**1). Debtor amends Schedule E/F to add unsecured creditors**
**2). Debtor amends Summary of Schedule to reflect new total**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Eric Bernard Martin
Nikkia Lesli Martin
5240 Golf Valley Way
Stone Mountain, GA 30088

US Trustee (via ECF email)
Office of US Trustee
75 Ted Turner Drive SW, Ste 362
Atlanta, GA 30303

Kyle A. Cooper (via ECF email)
Chapter 7 Trustee
615 Colonial Park Drive
Suite 102
Roswell, GA 30075

American Public University System
111 W. Congress Street
St. Charles, WV 25414

Reliant Capital Solutions, LLC
750 Cross Pointe Road
Suite G
Columbus, OH 43230

Kaplan University/Purdue University Global
1515 W. Cypress Creek Road
Ft. Lauderdale, FL 33309

FIP, LLC
2505 Anthem Village Drive, #E-578
Henderson, NV 89052

AAFMAA
102 Sheridan Avenue
Ft. Myer
Ft. Myer, VA 22211

Heartland Capital Investments, LLC
1104 Paris Road
PO Box 409
Mayfield, KY 42066

Exter Finance Corp.
PO Box 165028
Irving, TX 75016

Date:    4/24/2018

Rylee Munson 613992
Attorney for Debtor(s)
The Semrad Law Firm, L.L.C.
303 Perimeter Center N
Suite 201
Atlanta, GA 30346
678-668-7160 Fax:877-601-7063
atlcourtdocs@gmail.com

Fill in this information to identify your case:

| Debtor 1 | Eric | Bernard | Martin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nikkia | Lesli | Martin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern    District of Georgia
                                                              (State)

Case number    18-55557
(if known)

☐ Check if this is an
   amended filing

# Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. Schedule A/B: Property (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B ........................................... | $0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B ................................... | $19,398.50 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $19,398.50 |

## Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | $66,683.92 |
| 3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F ........................ | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ........................ | $177,949.08 |
| Your total liabilities | $244,633.00 |

## Part 3:    Summarize Your Income and Expenses

|  | |
|---|---|
| 4. Schedule I: Your Income (Official Form 106I) | |
| Copy your combined monthly income from line 12 of Schedule I........................................... | $4,485.24 |
| 5. Schedule J: Your Expenses (Official Form 106J) | |
| Copy your monthly expenses from line 22, Column A, of Schedule J........................................... | $4,485.00 |



Debtor 1  Eric                    Bernard              Martin          Case number (if known)  18-55557
          First Name              Middle Name          Last Name

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes.

7. What kind of debt do you have?

☑ Your debts are primarily consumer debts. Consumer debts are those incurred by an individual primarily for a personal, family, or household purpose. 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $1,459.79

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| From Part 4 on Schedule E/F, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | $0.00 |
| 9d. Student loans. (Copy line 6f.) | | $17,480.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | | $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | | $17,480.00 |



Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | Eric | Bernard | Martin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nikkia | Leali | Martin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Georgia |
| | | (State) |
| Case number (if known) | 18-55557 | |

Official Form 106E/F

☐ Check if this is an amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

☑ Yes.

**2.** List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Georgia Department of Revenue

Priority Creditor's Name

1800 Century Blvd

Number      Street

Suite 17200

Atlanta      Georgia      30345

City      State      Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?      n/a

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

$0.00      $0.00      $0.00

**2.2** Internal Revenue Service

Priority Creditor's Name

P.O. Box 7346

Number      Street

Philadelphia      Pennsylvania      19101

City      State      Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?      n/a

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

$0.00      $0.00      $0.00

| Debtor 1 | Eric | Bernard | Martin | Case number (if known) 18-55557 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

| AAFMAA | | | | | | | $1,075.81 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

102 Sheridan Avenue, Ft. Myer

Number          Street

Fort Myer          Virginia          22211

City          State          Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number    5095

When was the debt incurred?        n/a

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____ Collecting For - _____

**4.2**

| AARON SALES & LEASE OW | | | | | | | $0.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

1015 COBB PLACE BLVD NW

Number          Street

KENNESAW          Georgia          30144

City          State          Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number    0015

When was the debt incurred?        8/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____ 012 Lease _____

**4.3**

| AARON SALES & LEASE OW | | | | | | | $0.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

1015 COBB PLACE BLVD NW

Number          Street

KENNESAW          Georgia          30144

City          State          Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number    3761

When was the debt incurred?        6/2008

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____ 024 Lease _____

Debtor 1  Eric        Bernard        Martin        Case number *(if known)*  18-55557
   First Name    Middle Name    Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.4**  Aaron's
Nonpriority Creditor's Name                                                                           $220.54
PO Box 102746
Number          Street

Last 4 digits of account number _____

When was the debt incurred?          n/a

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Atlanta        Georgia        30368              ☐ Unliquidated
City          State          Zip Code
Who incurred the debt? Check one.                ☐ Disputed
☐ Debtor 1 only
                                                 Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                 ☐ Student loans
☑ Debtor 1 and Debtor 2 only
                                                 ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another            divorce that you did not report as priority claims

☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other similar
                                                      debts
Is the claim subject to offset?                  ☑ Other. Specify _____ Notice Only
☑ No

☐ Yes

**4.5**  Acceptance Now
Nonpriority Creditor's Name                                                                           $2,000.00
3900 Venture Drive
Number          Street

Last 4 digits of account number _____

When was the debt incurred?          n/a

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Duluth        Georgia        30096              ☐ Unliquidated
City          State          Zip Code
Who incurred the debt? Check one.                ☐ Disputed
☐ Debtor 1 only
                                                 Type of NONPRIORITY unsecured claim:
☑ Debtor 2 only
                                                 ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                 ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another            divorce that you did not report as priority claims

☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other similar
                                                      debts
Is the claim subject to offset?                  ☑ Other. Specify _____ Notice Only
☑ No

☐ Yes

**4.6**  ACEPTANCENOW
Nonpriority Creditor's Name                                                                           $0.00
5501 HEADQUARTERS DRIVE, RENT A CENTER
Number          Street

Last 4 digits of account number ____1786____

When was the debt incurred?          7/2015

As of the date you file, the claim is: Check all that apply.

☐ Contingent

PLANO        Texas        75024              ☐ Unliquidated
City          State          Zip Code
Who incurred the debt? Check one.                ☐ Disputed
☐ Debtor 1 only
                                                 Type of NONPRIORITY unsecured claim:
☑ Debtor 2 only
                                                 ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                 ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another            divorce that you did not report as priority claims

☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other similar
                                                      debts
Is the claim subject to offset?                  ☑ Other. Specify ____18 UnknownLoanType____
☑ No

☐ Yes

Debtor 1  Eric _____ Bernard _____ Martin _____   Case number *(if known)* 18-55557

First Name          Middle Name          Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

### 4.7  AFNI, INC.

Nonpriority Creditor's Name

PO Box 3517

Number          Street

Bloomington          Illinois          61702

City          State          Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ____ 0535

When was the debt incurred?    12/2014

$767.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ____ 601 Collection: Collecting for ORIGINAL CREDITOR: AT T MOBILITY

### 4.8  ALLY FINANCIAL

Nonpriority Creditor's Name

PO BOX 380901

Number          Street

BLOOMINGTON          Minnesota          55438

City          State          Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ____ 7736

When was the debt incurred?    4/2011

$12,511.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ____ 060 Automobile

### 4.9  American Public University System

Nonpriority Creditor's Name

111 W Congress St

Number          Street

Charles Town          West Virginia          25414

City          State          Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ____ 0196

When was the debt incurred?    n/a

$850.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ____ Collecting For -

Debtor 1  Eric          Bernard          Martin          Case number *(if known)* 18-55557
          First Name    Middle Name      Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

**4.10** AMSHER COLLECTION SVCS
Nonpriority Creditor's Name                                          Last 4 digits of account number ____ 4215                    $590.00
4524 SOUTHLAKE PKWY STE
Number      Street                                                  When was the debt incurred?    7/2017

                                                                    As of the date you file, the claim is: Check all that apply.
HOOVER          Alabama          35244                              ☐ Contingent
City            State            Zip Code                           ☐ Unliquidated
Who incurred the debt? Check one.                                   ☐ Disputed
☑ Debtor 1 only
                                                                    Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                              divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt                   ☐ Debts to pension or profit-sharing plans, and other similar
                                                                       debts
Is the claim subject to offset?                                     ☑          001 Collection; Collecting for
☑ No                                                                           ORIGINAL CREDITOR: T-
☐ Yes                                                                  Other, Specify _____ MOBILE _____

**4.11** ARMED FORCES LOANS OF
Nonpriority Creditor's Name                                         Last 4 digits of account number ____ 198D                    $0.00
PO Box 3400
Number      Street                                                 When was the debt incurred?    11/2011

                                                                   As of the date you file, the claim is: Check all that apply.
Fort Leavenworth    Kansas       66027                             ☐ Contingent
City                State        Zip Code                          ☐ Unliquidated
Who incurred the debt? Check one.                                  ☐ Disputed
☑ Debtor 1 only
                                                                   Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                   ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                   ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                             divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt                  ☐ Debts to pension or profit-sharing plans, and other similar
                                                                      debts
Is the claim subject to offset?                                    ☑ Other, Specify _____ 015 InstallmentLoan
☑ No
☐ Yes

**4.12** ARMED FORCES LOANS OF
Nonpriority Creditor's Name                                        Last 4 digits of account number ____ 198C                     $0.00
PO Box 3400
Number      Street                                                When was the debt incurred?    4/2010

                                                                  As of the date you file, the claim is: Check all that apply.
Fort Leavenworth    Kansas       66027                            ☐ Contingent
City                State        Zip Code                         ☐ Unliquidated
Who incurred the debt? Check one.                                 ☐ Disputed
☑ Debtor 1 only
                                                                  Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                  ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                            divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt                 ☐ Debts to pension or profit-sharing plans, and other similar
                                                                     debts
Is the claim subject to offset?                                   ☑ Other, Specify _____ 018 InstallmentLoan
☑ No
☐ Yes

Debtor 1  Eric                        Bernard                        Martin                        Case number *(if known)*  18-55557
          First Name                  Middle Name                    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                        **Total claim**

| 4.13 | ARMED FORCES LOANS OF | | | | |
|---|---|---|---|---|---|

**4.13** ARMED FORCES LOANS OF
Nonpriority Creditor's Name
PO Box 3400
Number          Street

Fort Leavenworth          Kansas          66027
City                      State           Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 198B
When was the debt incurred?          6/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 018 InstallmentLoan

$0.00

---

**4.14** ARMED FORCES LOANS OF
Nonpriority Creditor's Name
PO Box 3400
Number          Street

Fort Leavenworth          Kansas          66027
City                      State           Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 198A
When was the debt incurred?          12/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 012 InstallmentLoan

$0.00

---

**4.15** BARCLAYS BANK DELAWARE
Nonpriority Creditor's Name
125 S WEST ST
Number          Street

WILMINGTON          Delaware          19801
City                State            Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 1037
When was the debt incurred?          12/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ CreditCard

$4,722.00

Debtor 1  Eric _____ Bernard _____ Martin _____    Case number *(if known)* 18-55557
First Name        Middle Name        Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

|  | **Total claim** |
|---|---|

**4.16** BRIDGECREST
Nonpriority Creditor's Name
PO Box 53087
Number        Street

_____

Phoenix _____ Arizona _____ 85072
City        State        Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 9301

When was the debt incurred?    8/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 2015 Volkswagen Jetta

**$18,586.00**

**4.17** C&F FINCE CO
Nonpriority Creditor's Name
1313 E MAIN STREET SUITE 400
Number        Street

_____

RICHMOND _____ Virginia _____ 23219
City        State        Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 6653

When was the debt incurred?    2/2005

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 72 Automobile

**$0.00**

**4.18** CONSUMADJUST
Nonpriority Creditor's Name
800 PRIME PLACE
Number        Street

_____

HAUPPAUGE _____ New York _____ 11788
City        State        Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 5325

When was the debt incurred?    11/2007

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 18 InstallmentLoan

**$0.00**

Debtor 1   Eric                         Bernard                    Martin                    Case number (if known)  18-55557
           First Name                   Middle Name                Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

| 4.19 | CAPITAL ONE | | |
|---|---|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number  ___6122___        $5,613.00
c/o Pollack & Rosen, P.C
Number        Street                                          When was the debt incurred?  ___3/2014___

1825 Barrett Lakes Blvd Suite 510
                                                              As of the date you file, the claim is: Check all that apply.
Kennesaw              Georgia            30144                ☐ Contingent
City                  State              Zip Code             ☐ Unliquidated
Who incurred the debt? Check one.
☐ Debtor 1 only                                              ☐ Disputed

☑ Debtor 2 only                                              Type of NONPRIORITY unsecured claim:

☐ Debtor 1 and Debtor 2 only                                ☐ Student loans

☐ At least one of the debtors and another                   ☐ Obligations arising out of a separation agreement or
                                                               divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt           ☐ Debts to pension or profit-sharing plans, and other similar
                                                               debts
Is the claim subject to offset?                             ☑ Other. Specify _____CreditCard_____
☑ No

☐ Yes

| 4.20 | CAPITAL ONE | | |
|---|---|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number  ___3769___        $274.00
c/o Pollack & Rosen, P.C
Number        Street                                          When was the debt incurred?  ___12/2016___

1825 Barrett Lakes Blvd Suite 510
                                                              As of the date you file, the claim is: Check all that apply.
Kennesaw              Georgia            30144                ☐ Contingent
City                  State              Zip Code             ☐ Unliquidated
Who incurred the debt? Check one.
☐ Debtor 1 only                                              ☐ Disputed

☐ Debtor 2 only                                              Type of NONPRIORITY unsecured claim:

☐ Debtor 1 and Debtor 2 only                                ☐ Student loans

☐ At least one of the debtors and another                   ☐ Obligations arising out of a separation agreement or
                                                               divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt           ☐ Debts to pension or profit-sharing plans, and other similar
                                                               debts
Is the claim subject to offset?                             ☑ Other. Specify _____CreditCard_____
☑ No

☐ Yes

| 4.21 | CASTLE CREDIT CO HOLDI | | |
|---|---|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number  ___4390___        $1,581.00
1057 REGENCY PARKWAY
Number        Street                                          When was the debt incurred?  ___5/2017___

                                                              As of the date you file, the claim is: Check all that apply.
SAINT CHARLES         Missouri           63303               ☐ Contingent
City                  State              Zip Code             ☐ Unliquidated
Who incurred the debt? Check one.
☐ Debtor 1 only                                              ☐ Disputed

☑ Debtor 2 only                                              Type of NONPRIORITY unsecured claim:

☐ Debtor 1 and Debtor 2 only                                ☐ Student loans

☐ At least one of the debtors and another                   ☐ Obligations arising out of a separation agreement or
                                                               divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt           ☐ Debts to pension or profit-sharing plans, and other similar
                                                               debts
Is the claim subject to offset?                             ☑ Other. Specify ___036 InstallmentLoan___
☑ No

☐ Yes

Debtor 1  Eric _____ Bernard _____ Martin _____      Case number *(if known)* 18-55557
          First Name        Middle Name       Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                          Total claim

**4.22**  CREDIT ONE BANK NA                                                                                                   $393.00
          Nonpriority Creditor's Name
          PO BOX 98875                                      Last 4 digits of account number ____ 7637
          Number      Street                                When was the debt incurred? ____ 12/2017

                                                            As of the date you file, the claim is: Check all that apply.
          LAS VEGAS        Nevada        89193              ☐ Contingent
          City             State         Zip Code          ☐ Unliquidated
          Who incurred the debt? Check one.                 ☐ Disputed
          ☑ Debtor 1 only
                                                            Type of NONPRIORITY unsecured claim:
          ☐ Debtor 2 only
                                                            ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                            ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another           divorce that you did not report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt    debts
          Is the claim subject to offset?                   ☑ Other. Specify _____ CreditCard
          ☑ No
          ☐ Yes

**4.23**  CREDITONEBNK                                                                                                         $0.00
          Nonpriority Creditor's Name
          PO BOX 98872                                      Last 4 digits of account number ____ 6467
          Number      Street                                When was the debt incurred? ____ 10/2014

                                                            As of the date you file, the claim is: Check all that apply.
          LAS VEGAS        Nevada        89193              ☐ Contingent
          City             State         Zip Code          ☐ Unliquidated
          Who incurred the debt? Check one.                 ☐ Disputed
          ☐ Debtor 1 only
                                                            Type of NONPRIORITY unsecured claim:
          ☑ Debtor 2 only
                                                            ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                            ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another           divorce that you did not report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt    debts
          Is the claim subject to offset?                   ☑ Other. Specify _____ CreditCard
          ☑ No
          ☐ Yes

**4.24**  ERC                                                                                                                 $2,354.00
          Nonpriority Creditor's Name
          P.C. BOX 57610                                    Last 4 digits of account number ____ 8604
          Number      Street                                When was the debt incurred? ____ 3/2017

                                                            As of the date you file, the claim is: Check all that apply.
          Jacksonville     Florida       32241              ☐ Contingent
          City             State         Zip Code          ☐ Unliquidated
          Who incurred the debt? Check one.                 ☐ Disputed
          ☑ Debtor 1 only
                                                            Type of NONPRIORITY unsecured claim:
          ☐ Debtor 2 only
                                                            ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                            ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another           divorce that you did not report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt    debts
          Is the claim subject to offset?                   ☑                001 Collection; Collecting for
          ☑ No                                                               ORIGINAL CREDITOR: 11
          ☐ Yes                                             Other. Specify _____ SPRINT

| Debtor 1 | Eric | | Bernard | | Martin | | Case number *(if known)* 18-55557 |
|---|---|---|---|---|---|---|---|
| | First Name | | Middle Name | | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.25  EXTER FINANCE CORP.

Nonpriority Creditor's Name

PO BOX 165028

Number              Street

Irving            Texas            75016
City              State            Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ 5095

When was the debt incurred?        n/a

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____ Collecting For -

$18,000.00

### 4.26  FARMERS HOME FURNITURE

Nonpriority Creditor's Name

PO BOX 1140

Number      Street

DUBLIN            Georgia            31040
City              State            Zip Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ 1078

When was the debt incurred?        5/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____ 024 InstalmentLoan

$2,362.00

### 4.27  FIP, LLC

Nonpriority Creditor's Name

2505 Anthem Village Dr # E-578

Number      Street

Henderson            Nevada            89052
City              State            Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ 5095

When was the debt incurred?        n/a

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____ Collecting For -

$147.00

Debtor 1   Eric                              Bernard                 Martin                    Case number *(if known)* 18-55557
           First Name                        Middle Name             Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

| 4.28 | FIRST PREMIER BANK | | $277.00 |

Nonpriority Creditor's Name

Jefferson Capital Systems, LLC PO Box 7999

Number      Street

c/o Kelly Lukason

Saint Cloud              Minnesota         56302
City                     State             Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 3681
When was the debt incurred?        1/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ CreditCard _____

| 4.29 | FREEDOM ACCEPTANCE CORP | | $6,997.27 |

Nonpriority Creditor's Name

1150 EAST LITTLE CREEK ROAD

Number      Street

Norfolk                  Virginia          23518
City                     State             Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?        n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Notice Only _____

| 4.30 | FREEDOM ACPT | | $0.00 |

Nonpriority Creditor's Name

1150 E Little Creek Rd

Number      Street

Norfolk                  Virginia          23518
City                     State             Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 0004
When was the debt incurred?        12/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 12 InstallmentLoan _____

Debtor 1    Eric _____ Bernard _____ Martin _____    Case number *(if known)* 18-55557
            First Name              Middle Name              Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.31** FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk _____ Virginia _____ 23518
City                     State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0007

When was the debt incurred?  ____ 6/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 24 Installment Loan

$0.00

**4.32** FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk _____ Virginia _____ 23518
City                     State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0003

When was the debt incurred?  ____ 1/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 12 Installment Loan

$0.00

**4.33** FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk _____ Virginia _____ 23518
City                     State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0008

When was the debt incurred?  ____ 12/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 24 Installment Loan

$0.00

| Debtor 1 | Eric | Bernard | Martin | Case number (if known) 18-55557 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

### 4.34  FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk                Virginia            23518
City                   State               Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ____ 0003

**When was the debt incurred?** ____ 11/2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, or other similar debts

☑ Other. Specify ____ 9 InstallmentLoan

$0.00

### 4.35  FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk                Virginia            23518
City                   State               Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ____ 0001

**When was the debt incurred?** ____ 8/2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ____ 12 InstallmentLoan

$0.00

### 4.36  FREEDOM ACPT

Nonpriority Creditor's Name

1150 E Little Creek Rd
Number        Street

Norfolk                Virginia            23518
City                   State               Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ____ 0002

**When was the debt incurred?** ____ 2/2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ____ 24 InstallmentLoan

$0.00

Debtor 1    Eric _____ Bernard _____ Martin _____    Case number *(if known)* 18-55557
      First Name        Middle Name        Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.
                                                                                Total claim

**|4.37|** Heartland Capital Investments LLC
Nonpriority Creditor's Name
1104 Paris Road
Number      Street

PO Box 406

Mayfield _____ Kentucky _____ 42066
City      State      Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 5095
When was the debt incurred?    n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Collecting For - Plane Ticket Loan

$700.00

**|4.38|** IC Systems Collections
Nonpriority Creditor's Name
PO Box 64378
Number      Street

Saint Paul _____ Minnesota _____ 55164
City      State      Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?    n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Notice Only

$371.31

**|4.39|** Kaplen University/ Purdue University Global
Nonpriority Creditor's Name
1515 W. Cypress Creek Road
Number      Street

Fort Lauderdale _____ Florida _____ 33309
City      State      Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 5095
When was the debt incurred?    n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Collecting For -

$147.00

Debtor 1   Eric _____ Bernard _____ Martin _____   Case number *(if known)* 18-55557
           First Name              Middle Name              Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                  Total claim

| 4.40 | KAY JEWELERS/GFS | | | | $0.00 |

KAY JEWELERS/GFS
Nonpriority Creditor's Name
375 GHENT RD
Number       Street

FAIRLAWN _____ Ohio _____ 44334
City                      State             Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 6484
When was the debt incurred?        2/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ CreditCard

| 4.41 | MABT TOTVISA | | | | $0.00 |

MABT TOTVISA
Nonpriority Creditor's Name
5109 S BROADBAND LANE
Number       Street

SIOUX FALLS _____ South Dakota _____ 57109
City                         State                   Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 0166
When was the debt incurred?        4/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ CreditCard

| 4.42 | MID AMERICA BANK & TRU | | | | $400.00 |

MID AMERICA BANK & TRU
Nonpriority Creditor's Name
216 W 2nd St
Number       Street

Dixon _____ Missouri _____ 65459
City                   State              Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?        n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Notice Only

| Debtor 1 | Eric | Bernard | Martin | Case number (if known) 18-55557 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.43** MIDAMERICA/MILESTONE/G
Nonpriority Creditor's Name
PO BOX 4499
Number        Street

BEAVERTON          Oregon          97076
City               State           Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____0441____        $290.00

When was the debt incurred?    12/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____CreditCard_____

---

**4.44** Military Star
Nonpriority Creditor's Name
3911 S Walton Walker Blvd
Number        Street

Dallas             Texas           75238
City               State           Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____        $2,400.00

When was the debt incurred?        n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____Notice Only_____

---

**4.45** MILITARY STAR
Nonpriority Creditor's Name
3911 S WALTON WALKER BLV
Number        Street

DALLAS             Texas           75265
City               State           Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____1111____        $1,982.00

When was the debt incurred?    12/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____CreditCard_____

| Debtor 1 | Eric | | Bernard | | Martin | | Case number *(if known)* 18-55557 | |
|---|---|---|---|---|---|---|---|---|
| | First Name | | Middle Name | | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

### 4.46 MILITARY STAR
Nonpriority Creditor's Name
3911 S WALTON WALKER BLV
Number      Street

DALLAS                    Texas        75265
City                       State        Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0053
When was the debt incurred?       11/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ CreditCard _____

$0.00

### 4.47 MOHELA/DEPT OF ED
Nonpriority Creditor's Name
633 SPIRIT DR
Number      Street

CHESTERFIELD             Missouri      63005
City                       State        Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0004
When was the debt incurred?       6/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$5,280.00

### 4.48 MOHELA/DEPT OF ED
Nonpriority Creditor's Name
633 SPIRIT DR
Number      Street

CHESTERFIELD             Missouri      63005
City                       State        Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0002
When was the debt incurred?       4/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$5,200.00

Debtor 1  Eric                              Bernard                    Martin                    Case number *(if known)*  18-55557
          First Name                        Middle Name                Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          Total claim

| | |
|---|---|
| **4.49**  MOHELA/DEPT OF ED | $3,500.00 |

**4.49**  MOHELA/DEPT OF ED
Nonpriority Creditor's Name
633 SPIRIT DR
Number        Street

CHESTERFIELD          Missouri          63005
City                 State             Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0003
When was the debt incurred?        6/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or
  divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar
  debts
☐ Other. Specify _____

$3,500.00

---

**4.50**  MOHELA/DEPT OF ED
Nonpriority Creditor's Name
633 SPIRIT DR
Number        Street

CHESTERFIELD          Missouri          63005
City                 State             Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0001
When was the debt incurred?        4/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or
  divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar
  debts
☐ Other. Specify _____

$3,500.00

---

**4.51**  NORTHSTAR LOCATION SERVICES, LLC
Nonpriority Creditor's Name
4285 Genesee St
Number        Street

Buffalo          New York          14225
City             State             Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?        n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or
  divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar
  debts
☑ Other. Specify _____ Notice Only _____

$4,462.80

| Debtor 1 | Eric | Bernard | Martin | Case number *(if known)* 18-55557 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.        Total claim

**4.52**  OMNI FINANCIAL                                                                                                  $0.00
Nonpriority Creditor's Name
PO BOX 1813
Number          Street

Last 4 digits of account number ____ 0612

When was the debt incurred? ____ 6/2012

NEW ROCHELLE          New York          10802
City                  State             Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☑ Other. Specify ____ 015 InstallmentLoan

**4.53**  OMNI FINANCIAL                                                                                                  $1,365.00
Nonpriority Creditor's Name
PO BOX 1813
Number          Street

Last 4 digits of account number _____

When was the debt incurred? ____ n/a

NEW ROCHELLE          New York          10802
City                  State             Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☑ Other. Specify ____ Notice Only

**4.54**  OMNI FINANCIAL OF GEOR                                                                                          $1,365.00
Nonpriority Creditor's Name
211 MAIN STREET
Number          Street

Last 4 digits of account number ____ 2314

When was the debt incurred? ____ 12/2014

ANSONIA          Connecticut          06401
City             State                Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☑ Other. Specify ____ 036 InstallmentLoan

Debtor 1   Eric                         Bernard                Martin              Case number *(if known)* 18-55557
           First Name                   Middle Name            Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                     Total claim

| 4.55 | OMNI FINANCIAL OF GEOR |  |  | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
211 MAIN STREET
Number      Street

ANSONIA              Connecticut      06401
City                 State            Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0714
When was the debt incurred?    8/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 024 InstallmentLoan

| 4.56 | OMNI FINANCIAL OF GEOR |  |  | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
211 MAIN STREET
Number      Street

ANSONIA              Connecticut      06401
City                 State            Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    1114
When was the debt incurred?    4/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 016 InstallmentLoan

| 4.57 | OMNI FINANCIAL OF GEOR |  |  | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
211 MAIN STREET
Number      Street

ANSONIA              Connecticut      06401
City                 State            Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2513
When was the debt incurred?    10/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 016 InstallmentLoan



Debtor 1 Eric _____ Bernard _____ Martin _____    Case number *(if known)* 18-55557
      First Name           Middle Name           Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                  Total claim

| 4.58 | OMNI FINANCIAL OF GEOR | $0.00 |

Nonpriority Creditor's Name
211 MAIN STREET
Number      Street

ANSONIA                Connecticut        06401
City                        State              Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____3013____
When was the debt incurred?      5/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____021 InstallmentLoan____

| 4.59 | OMNI FINANCIAL OF GEOR | $0.00 |

Nonpriority Creditor's Name
211 MAIN STREET
Number      Street

ANSONIA                Connecticut        06401
City                        State              Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____1113____
When was the debt incurred?      2/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____022 InstallmentLoan____

| 4.60 | Pioneer | $7,727.96 |

Nonpriority Creditor's Name
197 SW Waterford Court
Number      Street

Lake City                Florida          32025
City                        State              Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?      n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____Notice Only____



Debtor 1  Eric _____ Bernard _____ Martin _____   Case number *(if known)* 18-55557
First Name          Middle Name          Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

| 4.61 | PIONEER MILITARY LOANS | | |
|---|---|---|---|

PIONEER MILITARY LOANS
Nonpriority Creditor's Name
4000 S EASTERN AVE STE 3
Number       Street

LAS VEGAS _____ Nevada _____ 89119
City             State        Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 1471          $0.00

When was the debt incurred? ___ 12/2006

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 032 InstallmentLoan

| 4.62 | PIONEER MILITARY LOANS | | |
|---|---|---|---|

PIONEER MILITARY LOANS
Nonpriority Creditor's Name
4000 S EASTERN AVE STE 3
Number       Street

LAS VEGAS _____ Nevada _____ 89119
City             State        Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 6570          $0.00

When was the debt incurred? ___ 2/2007

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 018 InstallmentLoan

| 4.63 | PIONEERMCB | | |
|---|---|---|---|

PIONEERMCB
Nonpriority Creditor's Name
4700 BELLEVIEW AVE STE 3
Number       Street

KANSAS CITY _____ Missouri _____ 64112
City             State        Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 2847          $5,682.00

When was the debt incurred? ___ 3/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 034 InstallmentLoan



Debtor 1   Eric                        Bernard                Martin                    Case number (if known)  18-55557
           First Name                  Middle Name            Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    Total claim

| 4.64 | PIONEERMCB | | | Last 4 digits of account number _____ 3176 | $0.00 |

4700 BELLEVIEW AVE STE 3
Nonpriority Creditor's Name

Number      Street

When was the debt incurred?      11/2007

As of the date you file, the claim is: Check all that apply.

KANSAS CITY            Missouri           64112
City                   State              Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 021 InstalmentLoan

| 4.65 | PIONEERMCB | | | Last 4 digits of account number _____ 3590 | $0.00 |

4700 BELLEVIEW AVE STE 3
Nonpriority Creditor's Name

Number      Street

When was the debt incurred?      7/2009

As of the date you file, the claim is: Check all that apply.

KANSAS CITY            Missouri           64112
City                   State              Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 032 InstalmentLoan

| 4.66 | PIONEERMCB | | | Last 4 digits of account number _____ 6613 | $0.00 |

4700 BELLEVIEW AVE STE 3
Nonpriority Creditor's Name

Number      Street

When was the debt incurred?      12/2007

As of the date you file, the claim is: Check all that apply.

KANSAS CITY            Missouri           64112
City                   State              Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 036 InstalmentLoan

Debtor 1    Eric                              Bernard                     Martin                    Case number *(if known)*  18-55557
            First Name                        Middle Name                 Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                                    Total claim

| 4.67 | **PIONEERMCB** | Last 4 digits of account number _____ 9480 | $0.00 |

Nonpriority Creditor's Name
4700 BELLEVIEW AVE STE 3
Number        Street

When was the debt incurred?          3/2009

As of the date you file, the claim is: Check all that apply.

☐ Contingent

KANSAS CITY        Missouri         64112
City               State           Zip Code

☐ Unliquidated

Who incurred the debt? Check one.
☐ Debtor 1 only

☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ Other. Specify _____ 027 InstallmentLoan

☑ No

☐ Yes

| 4.68 | **PIONEERMCB** | Last 4 digits of account number _____ 4727 | $0.00 |

Nonpriority Creditor's Name
4700 BELLEVIEW AVE STE 3
Number        Street

When was the debt incurred?          12/2008

As of the date you file, the claim is: Check all that apply.

☐ Contingent

KANSAS CITY        Missouri         64112
City               State           Zip Code

☐ Unliquidated

Who incurred the debt? Check one.
☐ Debtor 1 only

☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ Other. Specify _____ 027 InstallmentLoan

☑ No

☐ Yes

| 4.69 | **PROFESSIONAL DEBT** | Last 4 digits of account number _____ 0315 | $0.00 |

Nonpriority Creditor's Name
7948 BAYMEADOWS WAY FL 2
Number        Street

When was the debt incurred?          2/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent

JACKSONVILLE       Florida          32256
City               State           Zip Code

☐ Unliquidated

Who incurred the debt? Check one.
☐ Debtor 1 only

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Debtor 2 only

☐ Student loans

☑ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ Other. Specify _____ 001 Collection; Collecting for ORIGINAL CREDITOR: FORDS POINTE

☑ No

☐ Yes

Debtor 1  Eric                              Bernard                   Martin                    Case number *(if known)*  18-55557
          First Name                        Middle Name               Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                          Total claim

| 4.70 | Reliant Capital Solutions, LLC | | | | |
|---|---|---|---|---|---|

**4.70** Reliant Capital Solutions, LLC
Nonpriority Creditor's Name

750 Cross Pointe Rd., Suite G
Number            Street

_____

Columbus            Ohio            43230
City                State           Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 0198 ____
When was the debt incurred?  ____ n/a ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Collecting For – _____

$880.00

---

**4.71** SANTANDER
Nonpriority Creditor's Name

PO BOX 961245
Number            Street

_____

FORT WORTH          Texas           76161
City                State           Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?  ____ n/a ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Notice Only _____

$1,300.00

---

**4.72** SECURITY CREDIT SERVIC
Nonpriority Creditor's Name

2653 W OXFORD LOOP
Number            Street

_____

OXFORD              Mississippi     38655
City                State           Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____ 7865 ____
When was the debt incurred?  ____ 10/2015 ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ___ 001 Collection; Collecting for ORIGINAL CREDITOR: MILITARY CREDIT SERVICES LLC

$4,462.00

Debtor 1  Eric                    Bernard              Martin          Case number (if known) 18-55557
          First Name              Middle Name          Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

| 4.73 | SECURITY FIN | |
|---|---|---|

**SECURITY FIN**                                                        Last 4 digits of account number ____3963____          $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146                                           When was the debt incurred?    7/2014
Number    Street

_____                                   As of the date you file, the claim is: Check all that apply.

SPARTANBURG        South Carolina      29304                            ☐ Contingent
City               State               Zip Code                        ☐ Unliquidated
Who incurred the debt? Check one.                                      ☐ Disputed
☑ Debtor 1 only
                                                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                       ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                       ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                                divorce that you did not report as priority claims
                                                                       ☐ Debts to pension or profit-sharing plans, and other similar
☐ Check if this claim relates to a community debt                        debts
Is the claim subject to offset?                                        ☑ Other. Specify _____5 InstallmentLoan_____
☑ No
☐ Yes

| 4.74 | SECURITY FIN | |
|---|---|---|

**SECURITY FIN**                                                        Last 4 digits of account number ____2075____          $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146                                           When was the debt incurred?    1/2014
Number    Street

_____                                   As of the date you file, the claim is: Check all that apply.

SPARTANBURG        South Carolina      29304                            ☐ Contingent
City               State               Zip Code                        ☐ Unliquidated
Who incurred the debt? Check one.                                      ☐ Disputed
☑ Debtor 1 only
                                                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                       ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                       ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                                divorce that you did not report as priority claims
                                                                       ☐ Debts to pension or profit-sharing plans, and other similar
☐ Check if this claim relates to a community debt                        debts
Is the claim subject to offset?                                        ☑ Other. Specify _____5 InstallmentLoan_____
☑ No
☐ Yes

| 4.75 | SECURITY FIN | |
|---|---|---|

**SECURITY FIN**                                                        Last 4 digits of account number ____2705____          $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146                                           When was the debt incurred?    3/2014
Number    Street

_____                                   As of the date you file, the claim is: Check all that apply.

SPARTANBURG        South Carolina      29304                            ☐ Contingent
City               State               Zip Code                        ☐ Unliquidated
Who incurred the debt? Check one.                                      ☐ Disputed
☑ Debtor 1 only
                                                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
                                                                       ☐ Student loans
☐ Debtor 1 and Debtor 2 only
                                                                       ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                                divorce that you did not report as priority claims
                                                                       ☐ Debts to pension or profit-sharing plans, and other similar
☐ Check if this claim relates to a community debt                        debts
Is the claim subject to offset?                                        ☑ Other. Specify _____8 InstallmentLoan_____
☑ No
☐ Yes



Debtor 1   Eric                    Bernard                  Martin              Case number (if known)  18-55557
           First Name              Middle Name              Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                                    Total claim

**4.76**  SECURITY FIN                                                     Last 4 digits of account number ____1762____          $0.00
          Nonpriority Creditor's Name
          C/O SECURITY FINANCE POB 3146                                    When was the debt incurred?    12/2013
          Number      Street

                                                                          As of the date you file, the claim is: Check all that apply.
          SPARTANBURG           South Carolina       29304                ☐ Contingent
          City                  State                Zip Code             ☐ Unliquidated
          Who incurred the debt? Check one.                               ☐ Disputed
          ☐ Debtor 1 only
                                                                          Type of NONPRIORITY unsecured claim:
          ☑ Debtor 2 only
                                                                          ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                                          ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another                        divorce that you did not report as priority claims
                                                                          ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt                 debts
          Is the claim subject to offset?                                 ☑ Other. Specify _____1 InstallmentLoan_____
          ☑ No
          ☐ Yes

**4.77**  SECURITY FIN                                                     Last 4 digits of account number ____5846____          $0.00
          Nonpriority Creditor's Name
          C/O SECURITY FINANCE POB 3146                                    When was the debt incurred?    12/2014
          Number      Street

                                                                          As of the date you file, the claim is: Check all that apply.
          SPARTANBURG           South Carolina       29304                ☐ Contingent
          City                  State                Zip Code             ☐ Unliquidated
          Who incurred the debt? Check one.                               ☐ Disputed
          ☑ Debtor 1 only
                                                                          Type of NONPRIORITY unsecured claim:
          ☐ Debtor 2 only
                                                                          ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                                          ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another                        divorce that you did not report as priority claims
                                                                          ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt                 debts
          Is the claim subject to offset?                                 ☑ Other. Specify _____15 InstallmentLoan_____
          ☑ No
          ☐ Yes

**4.78**  SECURITY FIN                                                     Last 4 digits of account number ____8571____          $0.00
          Nonpriority Creditor's Name
          C/O SECURITY FINANCE POB 3146                                    When was the debt incurred?    10/2015
          Number      Street

                                                                          As of the date you file, the claim is: Check all that apply.
          SPARTANBURG           South Carolina       29304                ☐ Contingent
          City                  State                Zip Code             ☐ Unliquidated
          Who incurred the debt? Check one.                               ☐ Disputed
          ☑ Debtor 1 only
                                                                          Type of NONPRIORITY unsecured claim:
          ☐ Debtor 2 only
                                                                          ☐ Student loans
          ☐ Debtor 1 and Debtor 2 only
                                                                          ☐ Obligations arising out of a separation agreement or
          ☐ At least one of the debtors and another                        divorce that you did not report as priority claims
                                                                          ☐ Debts to pension or profit-sharing plans, and other similar
          ☐ Check if this claim relates to a community debt                 debts
          Is the claim subject to offset?                                 ☑ Other. Specify _____15 InstallmentLoan_____
          ☑ No
          ☐ Yes



Debtor 1   Eric                    Bernard              Martin              Case number (if known)  18-55557
           First Name              Middle Name          Last Name

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| 4.79 | SECURITY FIN | | | | Total claim |

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number       Street

Last 4 digits of account number _____0337_____

When was the debt incurred?     6/2013

Total claim  $0.00

SPARTANBURG      South Carolina     29304
City             State              Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____7 Installment Loan_____

---

| 4.80 | SECURITY FIN | | | | $0.00 |

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number       Street

Last 4 digits of account number _____4448_____

When was the debt incurred?     8/2014

$0.00

SPARTANBURG      South Carolina     29304
City             State              Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____8 Installment Loan_____

---

| 4.81 | SECURITY FIN | | | | $0.00 |

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number       Street

Last 4 digits of account number _____9192_____

When was the debt incurred?     5/2013

$0.00

SPARTANBURG      South Carolina     29304
City             State              Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____2 Installment Loan_____



Debtor 1 Eric _____ Bernard _____ Martin _____    Case number *(if known)* 18-55557

First Name    Middle Name    Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | **Total claim** |
|---|---|---|

**4.82** | SECURITY FIN

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number    Street

SPARTANBURG    South Carolina    29304

City    State    Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ___ 8537    $0.00

When was the debt incurred?    7/2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ___ 2 InstallmentLoan

**4.83** | SECURITY FIN

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number    Street

SPARTANBURG    South Carolina    29304

City    State    Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ___ 3216    $0.00

When was the debt incurred?    4/2012

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ___ 2 InstallmentLoan

**4.84** | SECURITY FIN

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146

Number    Street

SPARTANBURG    South Carolina    29304

City    State    Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number ___ 3182    $0.00

When was the debt incurred?    5/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify ___ 1 InstallmentLoan



| Debtor 1 | Eric | Bernard | Martin | Case number *(if known)* 18-55557 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                   Total claim

**4.85**  SECURITY FIN                                                                                                       $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG            South Carolina       29304
City                          State                    Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____ 0574
When was the debt incurred?           9/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 9 Installment Loan

**4.86**  SECURITY FIN                                                                                                       $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG            South Carolina       29304
City                          State                    Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____ 8850
When was the debt incurred?           4/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 9 Installment Loan

**4.87**  SECURITY FIN                                                                                                       $0.00
Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG            South Carolina       29304
City                          State                    Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____ 4463
When was the debt incurred?           8/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 2 Installment Loan



Debtor 1   Eric _____ Bernard _____ Martin _____
           First Name          Middle Name              Last Name
           Case number (if known)  18-55557

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**4.88** | SECURITY FIN | | Total claim
---|---|---|---

Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG        South Carolina        29304
City              State                 Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 6681 ___          $0.00
When was the debt incurred?        4/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 8 installmentLoan

**4.89** | SECURITY FIN | | 

Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG        South Carolina        29304
City              State                 Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 8170 ___          $0.00
When was the debt incurred?        9/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 18 installmentLoan

**4.90** | SECURITY FIN | | 

Nonpriority Creditor's Name
C/O SECURITY FINANCE POB 3146
Number        Street

SPARTANBURG        South Carolina        29304
City              State                 Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ 1738 ___          $0.00
When was the debt incurred?        12/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 2 installmentLoan



Debtor 1  Eric                      Bernard                     Martin            Case number *(if known)* 18-55557
          First Name                Middle Name                 Last Name

**Part 2:**  **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          Total claim

| 4.91 | SECURITY FIN |
|---|---|

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146
Number     Street

SPARTANBURG          South Carolina      29304
City                 State               Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___7591___          $0.00

When was the debt incurred?      1/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____2 InstallmentLoan_____

| 4.92 | SECURITY FIN |
|---|---|

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146
Number     Street

SPARTANBURG          South Carolina      29304
City                 State               Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___5896___          $0.00

When was the debt incurred?      12/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____5 InstallmentLoan_____

| 4.93 | SECURITY FIN |
|---|---|

Nonpriority Creditor's Name

C/O SECURITY FINANCE POB 3146
Number     Street

SPARTANBURG          South Carolina      29304
City                 State               Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___7719___          $0.00

When was the debt incurred?      1/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____9 InstallmentLoan_____



Debtor 1   Eric                    Bernard              Martin               Case number (if known)  18-55557
           First Name              Middle Name          Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                          Total claim

| 4.94 | SECURITY FIN |
|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number _____ 5805              $0.00
C/O SECURITY FINANCE POB 3146                                  When was the debt incurred?  _____ 9/2012
Number      Street

                                                              As of the date you file, the claim is: Check all that apply.
SPARTANBURG          South Carolina     29304                 ☐ Contingent
City                 State              Zip Code
Who incurred the debt? Check one.                             ☐ Unliquidated
☐ Debtor 1 only                                               ☐ Disputed
☑ Debtor 2 only                                               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                                  ☐ Student loans
☐ At least one of the debtors and another                     ☐ Obligations arising out of a separation agreement or
                                                                divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt            ☐ Debts to pension or profit-sharing plans, and other similar
Is the claim subject to offset?                                 debts
☑ No                                                          ☑ Other. Specify _____ 9 InstallmentLoan
☐ Yes

| 4.95 | SECURITY NAT AUTO ACCE |
|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number _____ 0001              $10,668.00
6951 CINTAS BLVD                                              When was the debt incurred?  _____ 3/2014
Number      Street

                                                              As of the date you file, the claim is: Check all that apply.
MASON                Ohio               45040                 ☐ Contingent
City                 State              Zip Code
Who incurred the debt? Check one.                             ☐ Unliquidated
☐ Debtor 1 only                                               ☐ Disputed
☑ Debtor 2 only                                               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                                  ☐ Student loans
☐ At least one of the debtors and another                     ☐ Obligations arising out of a separation agreement or
                                                                divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt            ☐ Debts to pension or profit-sharing plans, and other similar
Is the claim subject to offset?                                 debts
☑ No                                                          ☑ Other. Specify _____ 072 Automobile
☐ Yes

| 4.96 | Security National Auto Acceptance |
|---|---|

Nonpriority Creditor's Name                                    Last 4 digits of account number _____             $10,668.00
6951 CINTAS BLVD                                              When was the debt incurred?  _____ n/a
Number      Street

                                                              As of the date you file, the claim is: Check all that apply.
MASON                Ohio               45040                 ☐ Contingent
City                 State              Zip Code
Who incurred the debt? Check one.                             ☐ Unliquidated
☐ Debtor 1 only                                               ☐ Disputed
☑ Debtor 2 only                                               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                                  ☐ Student loans
☐ At least one of the debtors and another                     ☐ Obligations arising out of a separation agreement or
                                                                divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt            ☐ Debts to pension or profit-sharing plans, and other similar
Is the claim subject to offset?                                 debts
☑ No                                                          ☑ Other. Specify _____ Notice Only
☐ Yes



Debtor 1    Eric                    Bernard                Martin                Case number *(if known)*  18-55557
            First Name              Middle Name            Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | Total claim |
|---|---|---|

**4.97** Service Credit Union
Nonpriority Creditor's Name
3003 LAFAYETTE RD
Number        Street

Last 4 digits of account number ____ 1509
When was the debt incurred?        9/2010        **$1,334.00**

As of the date you file, the claim is: Check all that apply.

PORTSMOUTH        New Hampshire    03801
City               State            Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 001 UnknownLoanType

**4.98** Service Credit Union
Nonpriority Creditor's Name
3003 LAFAYETTE RD
Number        Street

Last 4 digits of account number ____ 1501
When was the debt incurred?        9/2010        **$0.00**

As of the date you file, the claim is: Check all that apply.

PORTSMOUTH        New Hampshire    03801
City               State            Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ 024 InstallmentLoan

**4.99** Service Credit Union
Nonpriority Creditor's Name
3003 LAFAYETTE RD
Number        Street

Last 4 digits of account number ____
When was the debt incurred?        n/a        **$1,334.00**

As of the date you file, the claim is: Check all that apply.

PORTSMOUTH        New Hampshire    03801
City               State            Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____ Notice Only

| Debtor 1 | Eric | Bernard | Martin | Case number *(if known)*  18-55557 |
| | First Name | Middle Name | Last Name | |

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.100**   SERVICE CU                                                                                     $1,334.00
Nonpriority Creditor's Name
POB 1268 2010 LAFAYETTE RD
Number        Street

Last 4 digits of account number    1892

When was the debt incurred?    9/2010

As of the date you file, the claim is: Check all that apply.

PORTSMOUTH        New Hampshire        03801
City                      State                    Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____Installment Loan_____

**4.101**   SUNRISE CREDIT SERVICE                                                            $590.46
Nonpriority Creditor's Name
234 AIRPORT PLAZA BLVD S
Number        Street

Last 4 digits of account number _____

When was the debt incurred?    n/a

As of the date you file, the claim is: Check all that apply.

FARMINGDALE        New York        11735
City                      State            Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____Notice Only_____

**4.102**   TD BANK USA/TARGETCRED                                                        $445.00
Nonpriority Creditor's Name
PO BOX 673
Number        Street

Last 4 digits of account number    1376

When was the debt incurred?    12/2015

As of the date you file, the claim is: Check all that apply.

MINNEAPOLIS        Minnesota        55440
City                      State              Zip Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____CreditCard_____



| Debtor 1 | Eric | | Bernard | | Martin | | Case number *(if known)* | 18-55557 |
|---|---|---|---|---|---|---|---|---|
| | First Name | | Middle Name | | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.6, followed by 4.6, and so forth.    **Total claim**

### 4.103 T-Mobile

Nonpriority Creditor's Name
12920 SE 38TH STRE
Number          Street

BELLEVUE          Washington          98006
City          State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?          n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Notice Only

**$453.00**

### 4.104 US Bank

Nonpriority Creditor's Name
425 Walnut Street
Number          Street

Cincinnati          Ohio          45202
City          State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          S764
When was the debt incurred?          2/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ 068 Automobile

**$13,133.00**

### 4.105 USA DISCOUNTERS CREDIT

Nonpriority Creditor's Name
6363 CENTER DR STE 101
Number          Street

NORFOLK          Virginia          23502
City          State          Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?          n/a

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____ Notice Only

**$4,213.93**

Debtor 1    Eric                    Bernard              Martin            Case number (if known)  18-55557
            First Name              Middle Name          Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          Total claim

**4.106**  VERIZON WIRELESS                                      Last 4 digits of account number    2160           $1,876.00
           Nonpriority Creditor's Name
           P.O. Box 660108                                      When was the debt incurred?        3/2015
           Number        Street
                                                                As of the date you file, the claim is: Check all that apply.
           Dallas              Texas          75266             ☐ Contingent
           City                State          Zip Code          ☐ Unliquidated
           Who incurred the debt? Check one.                    ☐ Disputed
           ☑ Debtor 1 only
                                                                Type of NONPRIORITY unsecured claim:
           ☐ Debtor 2 only
                                                                ☐ Student loans
           ☐ Debtor 1 and Debtor 2 only
                                                                ☐ Obligations arising out of a separation agreement or
           ☐ At least one of the debtors and another              divorce that you did not report as priority claims
           ☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other
                                                                   similar debts
           Is the claim subject to offset?                      ☑ Other. Specify    D01 UnknownLoanType
           ☑ No
           ☐ Yes

**4.107**  WEBBANK/FINGERHUT                                    Last 4 digits of account number    0343           $732.00
           Nonpriority Creditor's Name
           7075 Flying Cloud Dr                                 When was the debt incurred?        9/2017
           Number        Street
                                                                As of the date you file, the claim is: Check all that apply.
           Eden Prairie        Minnesota      55344             ☐ Contingent
           City                State          Zip Code          ☐ Unliquidated
           Who incurred the debt? Check one.                    ☐ Disputed
           ☑ Debtor 1 only
                                                                Type of NONPRIORITY unsecured claim:
           ☐ Debtor 2 only
                                                                ☐ Student loans
           ☐ Debtor 1 and Debtor 2 only
                                                                ☐ Obligations arising out of a separation agreement or
           ☐ At least one of the debtors and another              divorce that you did not report as priority claims
           ☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other
                                                                   similar debts
           Is the claim subject to offset?                      ☑ Other. Specify    CreditCard
           ☑ No
           ☐ Yes

**4.108**  WEBBANK/FINGERHUT                                    Last 4 digits of account number    6684           $162.00
           Nonpriority Creditor's Name
           7075 Flying Cloud Dr                                 When was the debt incurred?        12/2017
           Number        Street
                                                                As of the date you file, the claim is: Check all that apply.
           Eden Prairie        Minnesota      55344             ☐ Contingent
           City                State          Zip Code          ☐ Unliquidated
           Who incurred the debt? Check one.                    ☐ Disputed
           ☐ Debtor 1 only
                                                                Type of NONPRIORITY unsecured claim:
           ☑ Debtor 2 only
                                                                ☐ Student loans
           ☐ Debtor 1 and Debtor 2 only
                                                                ☐ Obligations arising out of a separation agreement or
           ☐ At least one of the debtors and another              divorce that you did not report as priority claims
           ☐ Check if this claim relates to a community debt    ☐ Debts to pension or profit-sharing plans, and other
                                                                   similar debts
           Is the claim subject to offset?                      ☑ Other. Specify    CreditCard
           ☑ No
           ☐ Yes



Debtor 1  Eric          Bernard          Martin          Case number (if known)  18-55557
          First Name    Middle Name      Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

**4.109**  WEBBANK/FINGERHUT
Nonpriority Creditor's Name                              Last 4 digits of account number ____ 2229                      $0.00
7075 Flying Cloud Dr
Number     Street                                        When was the debt incurred?        8/2012

                                                         As of the date you file, the claim is: Check all that apply.
Eden Prairie          Minnesota        55344            ☐ Contingent
City                  State            Zip Code
Who incurred the debt? Check one.                      ☐ Unliquidated
☐ Debtor 1 only                                        ☐ Disputed
☑ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                           ☐ Student loans
☐ At least one of the debtors and another              ☐ Obligations arising out of a separation agreement or
                                                          divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt      ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                           similar debts
☑ No                                                   ☑ Other. Specify _____ CreditCard
☐ Yes

**4.110**  WORLD FINANCE CORPORAT
Nonpriority Creditor's Name                              Last 4 digits of account number ____ 8901                      $970.00
6224 HEARNE
Number     Street                                        When was the debt incurred?        1/2018

                                                         As of the date you file, the claim is: Check all that apply.
SHREVEPORT            Louisiana        71108            ☐ Contingent
City                  State            Zip Code
Who incurred the debt? Check one.                      ☐ Unliquidated
☑ Debtor 1 only                                        ☐ Disputed
☐ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                           ☐ Student loans
☐ At least one of the debtors and another              ☐ Obligations arising out of a separation agreement or
                                                          divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt      ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                           similar debts
☑ No                                                   ☑ Other. Specify _____ 010 InstallmentLoan
☐ Yes

**4.111**  WORLD FINANCE CORPORAT
Nonpriority Creditor's Name                              Last 4 digits of account number ____ 7801                      $0.00
6224 HEARNE
Number     Street                                        When was the debt incurred?        4/2010

                                                         As of the date you file, the claim is: Check all that apply.
SHREVEPORT            Louisiana        71108            ☐ Contingent
City                  State            Zip Code
Who incurred the debt? Check one.                      ☐ Unliquidated
☐ Debtor 1 only                                        ☐ Disputed
☑ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                           ☐ Student loans
☐ At least one of the debtors and another              ☐ Obligations arising out of a separation agreement or
                                                          divorce that you did not report as priority claims
☐ Check if this claim relates to a community debt      ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                           similar debts
☑ No                                                   ☑ Other. Specify _____ 011 InstallmentLoan
☐ Yes



Debtor 1  Eric                    Bernard                Martin          Case number *(if known)*  18-55557
          First Name             Middle Name           Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.112** WORLD FINANCE CORPORAT
Nonpriority Creditor's Name
6224 HEARNE
Number      Street

$0.00

Last 4 digits of account number ____ 2301

When was the debt incurred?    7/2010

SHREVEPORT      Louisiana      71108
City            State          Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ____ 012 InstallmentLoan

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.113** WORLD FINANCE CORPORAT
Nonpriority Creditor's Name
6224 HEARNE
Number      Street

$0.00

Last 4 digits of account number ____ 2501

When was the debt incurred?    6/2010

SHREVEPORT      Louisiana      71108
City            State          Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ____ 011 InstallmentLoan

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.114** WORLD FINANCE CORPORAT
Nonpriority Creditor's Name
6224 HEARNE
Number      Street

$0.00

Last 4 digits of account number ____ 4101

When was the debt incurred?    12/2009

SHREVEPORT      Louisiana      71108
City            State          Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ____ 011 InstallmentLoan

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor 1 | Eric | | Bernard | | Martin | | Case number *(if known)* 18-55557 |
|---|---|---|---|---|---|---|---|
| | First Name | | Middle Name | | Last Name | | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Office of the Attorney General - Atlanta
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

40 Capitol Sq Sw
Number    Street

Line 2.1 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30334
City    State    Zip Code

Last 4 digits of account number _____

Department of Justice, Tax Division
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

75 Spring Street SW
Number    Street

Line 2.2 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30303
City    State    Zip Code

Last 4 digits of account number _____

Internal Revenue Service - Atl
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

401 W Peachtree St. NW, Stop 334-D
Number    Street

Line 2.2 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30308
City    State    Zip Code

Last 4 digits of account number _____

Office Of United States Trustee-ATL
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

75 Ted Turner Dr SW #362
Number    Street

Line 2.2 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30303
City    State    Zip Code

Last 4 digits of account number _____

Special Assistant U.S. Attorney
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

401 W. Peachtree Street, NW, STOP 1000-D, Suite 600
Number    Street

Line 2.2 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30308
City    State    Zip Code

Last 4 digits of account number _____

US Attorney's Office-ATL
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

75 Spring St SW # 1600
Number    Street

Line 2.2 _____ of *(Check one):*
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Atlanta    Georgia    30303
City    State    Zip Code

Last 4 digits of account number _____



Debtor 1   Eric
           First Name                    Bernard                Martin                        Case number (if known)   18-55557
                                         Middle Name            Last Name

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6.
Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.
Add the amounts for each type of unsecured claim.

|  |  | Total claims |
|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations. | 6a. $0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6e. $0.00 |

|  |  | Total claims |
|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $17,480.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $160,469.08 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $177,949.08 |



Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eric | Bernard | Martin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nikkia | Lesli | Martin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Georgia | |
| | | (State) | |
| Case number (if known) | 18-55557 | | |

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Eric Martin
Signature of Debtor 1

✗ /s/ Nikkia Martin
Signature of Debtor 2

Date 4/16/2018
MM/DD/YYYY

Date 4/16/2018
MM/DD/YYYY

**SUPPLEMENTAL CREDITOR MATRIX**

American Public University System
111 W. Congress Street
St. Charles, WV 25414

Reliant Capital Solutions, LLC
750 Cross Pointe Road
Suite G
Columbus, OH 43230

Kaplan University/Purdue University Global
1515 W. Cypress Creek Road
Ft. Lauderdale, FL 33309

FIP, LLC
2505 Anthem Village Drive, #E-578
Henderson, NV 89052

AAFMAA
102 Sheridan Avenue
Ft. Myer
Ft. Myer, VA 22211

Heartland Capital Investments, LLC
1104 Paris Road
PO Box 409
Mayfield, KY 42066

Exter Finance Corp.
PO Box 165028
Irving, TX 75016

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 7 |
| | { | |
| **ERIC BERNARD MARTIN** | { | CASE NO. **18-55557** |
| **NIKKIA LESLI MARTIN** | { | |
| | { | |
| Debtors | { | HON. WENDY L. HAGENAU |

### <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that I am more than 18 years of age and that I have this day served a copy of the attached Meeting of Creditors Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Eric Bernard Martin
Nikkia Lesli Martin
5240 Golf Valley Way
Stone Mountain, GA 30088

Office of US Trustee
75 Ted Turner Drive
Ste 362
Atlanta, GA 30303

American Public University System
111 W. Congress Street
St. Charles, WV 25414

Reliant Capital Solutions, LLC
750 Cross Pointe Road
Suite G
Columbus, OH 43230

Kaplan University/Purdue University Global
1515 W. Cypress Creek Road
Ft. Lauderdale, FL 33309

FIP, LLC
2505 Anthem Village Drive, #E-578
Henderson, NV 89052

AAFMAA
102 Sheridan Avenue
Ft. Myer
Ft. Myer, VA 22211

Heartland Capital Investments, LLC
1104 Paris Road
PO Box 409
Mayfield, KY 42066

Exter Finance Corp.
PO Box 165028
Irving, TX 75016


*(See attached Creditors Matrix)*


        I further certify that, by agreement of parties, Kyle A. Cooper, Chapter 7 Trustee
and United States Trustee, was served via ECF

This 24th day of April 2018

                                                Rylee Munson 613992
                                                The Semrad Law Firm, LLC
                                                303 Perimeter Center North
                                                Suite 201
                                                Atlanta, GA 30346
                                                (678) 668-7160
                                                Attorney for Debtor